UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

| | | |
|---|---|---|
| SHAROLYN ARRINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:11-cv-00545-BAJ -SCR |
| v. | ) | |
| | ) | NOTICE OF SETTLEMENT |
| STANLEY C. KOTTEMANN, JR. | ) | |
| & ASSOCIATES | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, SHAROLYN ARRINGTON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

DATED: November 28, 2011

By: /s/ Kelli Denise Mayon
Kelli Denise Mayon
4429 Herrmann Street, Apt. D
Metairie, Louisiana 70006
kellimayon@gmail.com

- 1 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 28, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A true and correct copy of said Notice was electronically submitted by electronic mail to the following:

Stanley C. Kottemann, Jr. & Associates
3800 Florida Ave., Ste. 201
Kenner, LA 70065

                                              By: /s/ Kelli Denise Mayon
                                              Kelli Denise Mayon
                                              Attorney for Plaintiff