UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**SHAROLYN ARRINGTON**             **CIVIL ACTION**

**VERSUS**

**STANLEY C. KOTTEMANN, JR. & ASSOCIATES**      **NO.: 11-00545-BAJ-SCR**

### DISMISSAL ORDER

Considering the parties' Notice of Settlement (Doc. 7) and Stipulation of Dismissal (Doc. 8);

**IT IS ORDERED** that the above-captioned matter is **DISMISSED**, with prejudice, each party to bear her/its own costs.

Baton Rouge, Louisiana, this 23rd day of May, 2013.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**